ALICE WILCOX, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Wilcox* v. *N. Y. C. & H. R. R. R. Co.*, 111 App. Div. 908, affirmed.
(Argued December 10, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1906, affirming a judgment of the Monroe County Court which affirmed a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of Rochester in an action to recover for the loss of certain articles alleged to have been stolen from a trunk while in possession of the defendant.

*Daniel M. Beach* for appellant.

*George Raines* and *H. W. Rippey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: GRAY and HISCOCK, JJ.